Jack W. Fiander, Attorney
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 969-4436 or (509) 961-0096
towtnuklaw@msn.com

Sauk-Suiattle Indian Tribe
Office of Legal Counsel
5318 Chief Brown Lane
Darrington, WA 98241
(360) 436-0139
lweller@sauk-suiattle.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | NO. 2:21-cv-01041-BJR |
| **SAUK-SUIATTLE INDIAN TRIBE**, | |
| Plaintiff, | **ERRATA OR PRAECIPE STRIKING NOTE FOR HEARING DATE AND CONFIRMING MEET & CONFER HELD** |
| v. | |
| **CITY OF SEATTLE** and **SEATTLE CITY LIGHT,** a subdivision of the City of Seattle, | |
| Respondents. | |

On July 29, 2021 Plaintiff filed a Motion for Remand of this cause to the Superior Court of the State of Washington for Skagit County (ECF docket entry no. 7). At the time of such filing, this cause had not been pre-assigned. As such, plaintiff proceeded under the Local Rules and provided a Note for Hearing date. Subsequently, a notice of assignment was received from the Clerk of Court, together with the Court's Standing Order for all civil cases.

ERRATA - 1
2:21-cv-01041-BJR

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com

Having received such Order, plaintiff's notation date should be stricken. Consistent with the Standing Order (ECF 9), Plaintiff and Respondent met and conferred regarding Plaintiff's motion on August 2, 2021. Apologies are extended to the Court and counsel.

DATED this _4th__ day of August, 2021.

>Respectfully submitted,
>
>SAUK-SUIATTLE INDIAN TRIBE
>By:
>
>S/Jack W. Fiander
>
>_____
>Jack W. Fiander
>Towtnuk Law Offices, Ltd.
>Sacred Ground Legal Services, Inc.
>Counsel for Plaintiff

Certificate of Service

The undersigned certifies the foregoing was filed with the Clerk of Court with copies served upon all counsel of record utilizing the Court's CM/ECF system.

S/Jack W. Fiander

ERRATA - 2
2:21-cv-01041-BJR

Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue, #93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com